**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Jonathan Andrew Rosario **V.** The State of Texas

Appellate case number:   01-14-00561-CR

Trial court case number: 2013CR5658

Trial court:             186th District Court of Bexar County

Date motion filed:       November 25, 2015

Party filing motion:     Jonathan Andrew Rosario

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Harvey Brown
                   ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Jennings, Higley, and Brown


Date: December 10, 2015